The People of the State of Illinois, Plaintiff in Error,
v. Trannie Polk, Defendant in Error.

Gen. No. 61–F–7.

Fourth District.

May 19, 1961.

John J. Hoban, of East St. Louis, for appellant.

Kassly, Weihl, Carr & Bone, of East St. Louis, for appellee.

PER CURIAM.

The facts here are identical with those in People v. Beebe, 30 Ill.App.2d 435, 174 N.E.2d 880, decided at this term of court, except that the defendant here is a captain of the Police Department of the City of East St. Louis.

What we said and decided in People v. Beebe is determinative of this appeal.

The order of the Circuit Court of St. Clair County granting the motion to quash the indictment is affirmed.

Affirmed.